IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | INDICTMENT NO. 1:00-CR-260-4-WBH |
| | : | |
| WILLIAM J. PLEMONS, JR., | : | |
| Defendant | : | |

## WILLIAM J. PLEMONS'S RESPONSE TO RESTITUTION

William Plemons proposes the following order of restitution:

The total restitution that is owed in this case is $1,100,000 and is owed to the following person(s) in the following amounts:

| Names of Payee | Amount of Restitution |
|---|---|
| Fireman's Fund<br>Ryan Russell<br>777 San Marin Drive<br>Novato, California 94998 | $696,214.26 |
| American International Group, Inc.<br>d/b/a Granite States<br>Attn: Joe Cooker<br>2550 Northwinds Parkway, 5th Floor<br>Alpharetta, GA 30004 | 360,572.96 |
| Liberty Mutual Insurance Company<br>Legal Department<br>Attn: Sean McSweeney<br>175 Berkeley Street<br>Boston, MA 02117 | 8,112.49 |
| National American<br>Attn: Pat Gilmore<br>P.O. Box 9<br>Chandler, OK 74834 | 35,100.29 |

The Court found it appropriate to apportion the restitution and made Defendant William Plemons jointly and severally liable with Defendant Russell Smith for $400,000 of the total restitution amount.  The Court has been informed that Plemons has paid $200,000 and concluded a settlement with Fireman's Fund.  The Court will not order Plemons to pay any monthly restitution until he is released.  Upon his release he will pay $100 per month.

    Respectfully submitted this 21st day of March, 2005.


                                                   /s/ Bruce Maloy
                                                   BRUCE MALOY
Maloy and Jenkins                          Georgia Bar No. 468525
25th Floor
75 Fourteenth Street, NW
Atlanta, GA  30309
404-875-2700                                    Counsel for William J. Plemons, Jr.

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing William J. Plemons's Response to Restitution upon the following party by U.S. mail, postage prepaid.

Barbara E. Nelan
Assistant United States Attorney
75 Spring Street, S.W. Suite 600
Atlanta, GA 30335

Mr. Stephen Sadow
800 The Grant Building
44 Broad Street, N.W.
Atlanta, GA 30303

Mr. Michael Abbott
75 Fourteenth Street
Suite 2500
Atlanta, GA 30309

Don Samuel
Garland Samuel & Loeb
3151 Maple Drive, N.E.
Atlanta, GA 30305

This 21st day of March, 2005.

/s/ Bruce Maloy
BRUCE MALOY