```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION


UNITED STATES OF AMERICA,       :
                                :
          Plaintiff,            :
                                :      CRIMINAL ACTION
     vs.                        :
                                :      NO. 1:00-CR-260-4-WBH
WILLIAM PLEMONS,                :
                                :
          Defendant.            :
```

### SATISFACTION OF MONETARY PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

                                      Respectfully submitted,

                                      DAVID E. NAHMIAS
                                      UNITED STATES ATTORNEY

                                      By,

                                      /s/LORI M. BERANEK
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Georgia Bar No. 053775

                                      600 United States Courthouse
                                      75 Spring Street, S.W.
                                      Atlanta, Georgia 30303
                                      Ph.:  404-581-6350
                                      Fax:  404-581-6167
                                      lori.beranek@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

> William Plemons
> c/o Millenium Insurance Services
> P.O. Box 442
> Locust Grove, GA 30248

This 19th day of April, 2006.

> /s/LORI M. BERANEK
> Assistant U.S. Attorney
> lori.beranek@usdoj.gov